No. 177. SCHWIMMER v. UNITED STATES; and

No. 178. SCHWIMMER v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied. *Harvey B. Cox, Morris A. Shenker* and *Bernard J. Mellman* for petitioner. *Simon E. Soberloff,* then Solicitor General, *Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondents. Reported below: 232 F. 2d 855, 866.

No. 179. KANSAS CITY SOUTHERN RAILWAY Co. v. JUSTIS. C. A. 5th Cir. Certiorari denied. *John M. Madison* for petitioner. *Leonard L. Lockard* for respondent.

No. 180. FORD v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Douglas W. McGregor* for petitioner. *Simon E. Soberloff,* then Solicitor General, *Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.

No. 182. ELGIN, JOLIET & EASTERN RAILWAY Co. v. ALLENDORF, SPECIAL ADMINISTRATRIX. Supreme Court of Illinois. Certiorari denied. *Harlan L. Hackbert* for petitioner. *William H. DeParcq* for respondent. ▮

No. 185. CROVETTO ET AL. v. LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *G. Wray Gill* for petitioners.

No. 189. MacNEIL v. GARGILL, TRUSTEE. C. A. 1st Cir. Certiorari denied. *Angus M. MacNeil* for petitioner.

No. 191. DIE & TOOLMAKERS LODGE 113, INTERNATIONAL ASSOCIATION OF MACHINISTS (AFL-CIO), v. NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Cer-